DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: michael.humphreys@usdoj.gov
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-063-JCM-(CWH) |
| ) | |
| TONY AHN, et. al. ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE DATE FOR THE UNITED STATES TO FILE A RESPONSE TO PETITIONER'S CLAIM**

The United States of America by and through Daniel G. Bogden, United States Attorney for the District of Nevada and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Court to grant a seven-day continuance for the United States to file it response to the claim filed by National Union Fire Insurance Company in the above-captioned case. The United States' response is due by August 23, 2013.

After this Court signed the preliminary order of forfeiture in this case, the United States duly served all person/corporations that might have an interest in the forfeited properties. National Union filed a verified claim, stating that its interest in the forfeiture judgment arises out of a subrogation agreement that it has with its insured, MGM.

1. The Assistant United States Attorney assigned to the case has prepared a response to National Union's claim. The response is under review by the assigned Assistant's supervisor and that review may not be complete before expiration of the current deadline of August 23, 2013. Therefore, the United States requests an additional seven days to complete supervisory review of this matter.

2. On August 23, 2013, Government counsel spoke by telephone with National Union's attorney, Robert Schumacher, who gave Government counsel his (Schumacher's) consent to inform this Court that he does not object to this motion.

3. This motion is not submitted solely for the purpose to delay or for any other improper purpose.

WHEREFORE, the United States moves this Court to grant a seven-day continuance, or until August 30, 2013, for the United States to file its response to National Union's claim of ownership filed in this matter.

DATED this 23rd day of August, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/Michael A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 27, 2013