# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.  2:11-cr-00063-JCM-CWH |
| vs. | ) **ORDER** |
| TONY AHN, *et al*, | ) |
| Defendants. | ) |

This matter is before the Court on the Government's Motion to Withdraw (#169), filed December 16, 2013.  By way of the motion, the Government represents that it and third-party claimant National Union Fire Insurance are "coordinating efforts through the main Asset Forfeiture at the Department of Justice in Washington, D.C." to resolve their dispute.  As a result of these efforts, the parties ask that the matter be "removed from the Court's docket" without prejudice as the parties work toward settlement.  Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Withdraw (#169) is **granted**.

**IT IS FURTHER ORDERED** that Third-Party Claimant National Union Fire Insurance's Motion for Hearing (#161) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Government's Motion to Dismiss (#164) is **withdrawn**.  The withdrawal is without prejudice to refiling should the parties be unable to resolve their dispute.

**IT IS FURTHER ORDERED** that the parties shall submit a written Joint Status Report regarding the progress made toward settlement by **Tuesday, February 18, 2014**.  The requirement

1  to submit a written joint status report shall be automatically vacated should the parties file final
2  dismissal paperwork prior to the status report deadline.
3      DATED: December 17, 2013.

    _____
    **C.W. Hoffman, Jr.**
    **United States Magistrate Judge**