Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Tony Ahn**

Case Number: **2:11CR00063**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **August 6, 2012**

Original Offense: **Conspiracy, Fraudulent Transactions with Access Devices Issued to Other Persons, Trafficking IN, Production and Use of Counterfeit Access Device.**

Original Sentence: **57 Months prison, followed by 24 Months TSR.**

Date Supervision Commenced: **January 20, 2017**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## SUMMARY

Ahn has requested that he be allowed to travel to Ensenada, Mexico, via cruise ship between November 24, 2017 and November 27, 2017. The cost of the travel is anticipated to be $279.

Based upon the defendant's performance under supervision and consistent payments of restitution, it is recommended that the Court approve this travel request.

Should the Court have any questions, please contact the undersigned at 702-527-7311.

Respectfully submitted,

_____
Eric Christiansen
United States Probation Officer

Approved:

_____
Benjamin B. Johnson
Supervisory United States Probation Officer

Form 12 - Travel
D/NV Form
Rev. June 2014

## *THE COURT ORDERS*

X   Requested Travel is Approved

☐   Requested Travel is Denied

☐   Other


_____
Signature of Judicial Officer

September 25, 2017
_____
Date